961 A.2d 57

**COLBURN'S AIR CONDITIONING, Respondent**

v.

**Robert W. GRINE, II, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 26, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of November 2008, the Motion for Stay Ancillary to Appeal and the Addendum to Petitioner's Rule 1702 Motion for Stay Ancillary to Appeal is denied. The Petition for Allowance of Appeal is denied.